WR-40-953-05
40-953-06

RICKY STROBLE
✓
STATE OF TEXAS

40,953-05,06

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

DEAR CLERK OF COURTS.                    Nov 4ᵗʰ 2015

Im writing about the Above styled AND numbered cause(s) of Action ON 4-28-2015 your office Notified me that you had Both 11.07 HAbeas Corpus. To which your Honorable Court ORDER The 506ᵗʰ Judrial Distrit to do a FACTS FINDING On THE Above Actions. The 506ᵗʰ Judrial Distrit Court only did one FACTS FINDING On 08-02-12777B which is the 20 year Sentence, however your honorable Court dismissed the 40-953-05 Without written orders. Were is WR-40,953-06 dismissal, or is it pending? And Why WAs WR 40,953-05 dismiss without a fact finding or Supplemental clerks record from 506ᵗʰ Judicial Distri Can someone please explain? I THANK You for your time, I remain your Humble servant respectfully

12071 FM 3522
Abilene, Tx 79601